UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUMAL GEORGE JONES,

       Defendant.

_____/

Case No. 1:07:CR:190

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 6, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jumal George Jones' pleas of guilty to Counts One and Three of the Indictment are accepted. Defendant's Motion To Modify Bond (docket no. 26) is hereby **DENIED**. Defendant Jumal George Jones is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Jumal George Jones shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Thursday, January 10, 2008**. Defendant Jumal George Jones shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  January 2, 2008                                  /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE